# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

VIDAL RODRIGUEZ

(Name and Address of Defendant)

**FILED**
5-31-12
MAY 31 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# 12CR0404

CRIMINAL COMPLAINT

CASE NUMBER:

**MAGISTRATE JUDGE FINNEGAN**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 12, 2012__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                  Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

Signature of Complainant
**Monte Keiper**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

May 31, 2012                                        at    Chicago, Illinois
Date                                                      City and State

Sheila Finnegan, United States Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

STATE OF ILLINOIS   )
                    )  ss
COUNTY OF COOK      )


A F F I D A V I T

I, MONTE KEIPER, being duly sworn, depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for over six years. I am currently assigned to an FBI Violent Crimes squad and am familiar with fugitive investigations. The information contained in this affidavit was furnished to me by Cook County Sheriff's Police Department (CCSPD) Investigator VICTOR VAN HORN and information was obtained from reading CCSPD reports regarding this investigation, unless otherwise indicated.

2. On May 12, 2012, ABEL OLIVA (OLIVA) was shot multiple times near the Whispering Winds apartment complex in Palatine, Illinois. OLIVA subsequently died from the gunshot wounds he sustained. Witnesses at the scene identified VIDAL RODRIGUEZ (RODRIGUEZ) as one of the shooters.

3. On May 16, 2012, the Circuit Court of Cook County, Illinois, issued an arrest warrant for RODRIGUEZ after charging him with First Degree Murder, an Illinois felony. A copy of the underlying arrest warrant is attached to this affidavit.

4. Subsequent to the crime, CCSPD investigators and other local law enforcement attempted to locate RODRIGUEZ in Chicago and surrounding cities, with negative results.

5. CCSPD investigators believe RODRIGUEZ fled the state of

Illinois. On the day of the crime, RODRIGUEZ texted a friend/girlfriend and indicated that he was leaving for Mexico the following day, which would have been May 13, 2012.

6. RODRIGUEZ'S juvenile girlfriend was reported missing the day after the crime and is believed to be with RODRIGUEZ. The juvenile girlfriend passed along information to her friend indicating that RODRIGUEZ could be leaving Illinois for the Carolinas.

7. A CCSPD source provided information that RODRIGUEZ was in possession of fraudulent identification with the name JUAN CARILLO and leaving for Mexico with a girlfriend.

8. Additionally, a recent check of law enforcement databases failed to locate RODRIGUEZ in Illinois.

9. Based upon the information contained in this affidavit, I believe VIDAL RODRIGUEZ fled the State of Illinois to avoid prosecution for First Degree Murder, an Illinois felony.

10. The Cook County State's Attorney's Office will extradite RODRIGUEZ when he is located.

MONTE KEIPER
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this 31st day of May, 2012

Sheila Finnegan
United States Magistrate Judge

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Case No. **12 MC 300182 8**

THE PEOPLE OF THE STATE OF ILLINOIS
v.
VIDAL RODRIGUEZ
(First) (M.I.) (Last)

Violation of:
- [ ] Probation
- [ ] Supervision
- [ ] Conditional Discharge
- [x] AMF
- [ ] Arrest
- [ ] BFW

## ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest Defendant **VIDAL** (First) **RODRIGUEZ** (Last)

for the offense(s) of **FIRST DEGREE MURDER** (Description)

**720** ILCS **5** / **9-1(a)(1)** (Statutory Citation)

stated in a charge(s) now pending before this court and that you bring him/her instanter before The Circuit Court of Cook County at **2121 W. Euclid, Rolling Meadows ILL.** (Location) **108** (Room) **K-3 (1300)** (Call or Time)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

### GEOGRAPHIC LIMITATIONS

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

Issued in Cook County **5/16/12**
Bail Fixed at $ **No Bail**

Judge — No. **1931**

WITNESS: DOROTHY BROWN, CLERK OF THE COURT and the Seal thereof, **5/16/12**

Clerk of The Circuit Court
By _____ Deputy Clerk

Reviewed By **ASA WEINER** Prosecutor
Audited By _____ Clerk

Name **VIDAL** (First) _____ (M.I.) **RODRIGUEZ** (Last)
Alias **RODRIGUEZ-GONZALEZ, VIDAL**

Reside _____ City or T **Wheeling** Zip **60090**

Sex **M**
Age **20** M

1827

IL60

Compla 918 ILL.
Arrestin 918 y K-3

E CIRCUIT
NAL TO CO(